# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RIMMA TUREVSKY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 10-CV-2911 |
| FIXTUREONE CORP., et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 21st day of December, 2010, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 18) and Plaintiff's Response in opposition thereto (Doc. No. 19), it is hereby ORDERED that the Motion to Dismiss is DENIED. It is FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiff's [Original] Complaint (Doc. No. 16) is DENIED as moot.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.