# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RIMMA TUREVSKY, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 10-cv-2911 |
| FIXTUREONE CORP., LINDA IACONELLI, KEN SCHUTZ, AND LAURENCE LARSSON, | : |
| Defendants. | : |

## ORDER

AND NOW, this 18th day of October, 2012, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 90), Defendant Iaconelli's Motion for Summary Judgment (Doc. No. 91), and Plaintiff's Response thereto (Doc. No. 94), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Plaintiff's Motion for Summary Judgment is GRANTED with respect to Counterclaim Counts I and II and DENIED with respect to Count VII of the Amended Complaint. Defendant Iaconelli's Motion for Summary Judgment is GRANTED with respect to Count VI of the Amended Complaint, and DENIED with respect to Counts II and VII of the Amended Complaint.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.