```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

RIMMA TUREVSKY,                          :
                                         :
                    Plaintiff,           :   CIVIL ACTION
                                         :
    v.                                   :   NO. 10-cv-2911
                                         :
FIXTUREONE CORP., LINDA IACONELLI,       :
KEN SCHUTZ, AND LAURENCE LARSSON,        :
                                         :
                    Defendants.          :

## ORDER

AND NOW, this 18th day of October, 2012, upon consideration of Plaintiff's Motion for a Protective Order (Doc. No. 81), it is hereby ORDERED that the Motion is DENIED as moot.[1]

                                   BY THE COURT:


                                   s/J. Curtis Joyner
                                   J. CURTIS JOYNER, C.J.

---

[1] The Plaintiff filed this motion on April 10, 2012, seeking a protective order confirming that the Plaintiff need not submit to a mental examination or re-deposition. The final discovery deadline in that case was March 20, 2012. On April 2, 2012, the Court sanctioned the Plaintiff by prohibiting her from supporting her claims of mental anguish and emotional distress, due to her failure to submit to a mental examination. Therefore, given that discovery deadline has long since passed and the Plaintiff is prohibited from supporting her mental anguish and emotional distress claims, the request for a protective order is moot. However, for the sake of clarity, the Court here confirms that the Plaintiff need not submit to a mental examination or re-deposition.