**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RIMMA TUREVSKY,                          :
                                         :
                    Plaintiff,           :    CIVIL ACTION
                                         :
      v.                                 :    NO. 10-cv-2911
                                         :
FIXTUREONE CORP., LINDA IACONELLI,       :
KEN SCHUTZ, AND LAURENCE LARSSON,        :
                                         :
                    Defendants.

## ORDER

AND NOW, this    18th    day of October, 2012, upon consideration of Plaintiff's Motion to Strike Unauthenticated Exhibits of Defendant Iaconelli's Motion for Summary Judgment (Doc. No. 93), it is hereby ORDERED that the Motion is DENIED as moot.[1]


                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.

---

[1] By a separate Memorandum and Order, this Court has decided Defendant Iaconelli's Motion for Summary Judgment. In deciding the Motion for Summary Judgment, the Court would have reached the same result regardless of whether the challenged exhibits were considered. Therefore, there is no need for the Court to strike the unauthenticated exhibits from consideration in the Defendant's Motion for Summary Judgment, and this request is moot.

1